HAZEL HOWE RUSHMORE, complainant-respondent,

*v.*

SAMUEL WILLIS RUSHMORE, defendant-appellant.

SAMUEL WILLIS RUSHMORE, petitioner-appellant,

*v.*

HAZEL HOWE RUSHMORE, defendant-respondent.

[Submitted October term, 1934. Decided January 10th, 1935.]

*Mr. Francis A. Gordon* and *Mr. John M. Mackenzie,* for the appellant.

*Mr. Merritt Lane,* for the respondent.

PER CURIAM.

We concur in the conclusion of the advisory master that the evidence establishes an abandonment of respondent by appellant under circumstances entitling her to separate maintenance. The allegation, made by appellant, that respondent has been guilty of a willful, continued and obstinate desertion, is not sustained by the proofs.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ. 12.

*For reversal*—None.